**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
    csanders@sanderslaw.group
Jacqueline Mandel, Esq. (Cal Bar 317119)
    jmandel@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 129391

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Velgos, <br><br> Plaintiff, <br><br> v. <br><br> Luxury Fine Homes, Inc., <br><br> Defendant. | Case No. 8:24-cv-00459-MWF-KES <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Michael Walter Fitzgerald <br> Magistrate Judge: Hon. Karen E. Scott <br><br> Complaint Filed: March 4, 2024 |

//
//
//
//
//
//
//
//

Case No. 8:24-cv-00459-MWF-KES

NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Paul Velgos ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: July 12, 2024

**SANDERS LAW GROUP**

By: _/s/ Jacqueline Mandel_
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 129391

*Attorneys for Plaintiff*

Case No. 8:24-cv-00459-MWF-KES

NOTICE OF SETTLEMENT